UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
Southern Division

SEVCO, INC., )
    Plaintiff(s); )
     )
-vs.- )   No. CV-96-P-1012-S
     )
CAVALIER CORPORATION, et al., )
    Defendant(s). )

FILED JAN 16 1997

## OPINION

    The defendant and counter-plaintiff, Cavalier Acquisition Corp. (Cavalier), filed a Motion for Summary Judgment and/or Motion for Sanctions, which was considered at the December 20, 1996 motion docket.

    Cavalier manufactures and assembles vending machines and other items. The plaintiff, Sevco, Inc., sells Cavalier's vending machines and other related products. Sevco alleges that Cavalier promised to ship vending machines when payment was received, but failed to do so. Sevco also alleges that Cavalier falsely claimed that Sevco failed to pay certain invoices. As well, Sevco states that Cavalier made disparaging comments to a customer of Sevco's, with whom Sevco had a contract, causing the customer to break the contract and do no more business with Sevco.

    On March 20, 1996, Sevco filed a complaint in the Circuit Court of Jefferson County, Alabama, alleging misrepresentation, interference with contract, and breach of contract. The case was removed to this court on April 19, 1996. On July 10, 1996, in response to a motion for more definite statement, Sevco filed an amended complaint stating two counts of fraud, two counts of breach of contract, and interference with contract. Cavalier filed a counterclaim on July 30, 1996,

alleging breach of contract stemming form Sevco's failure to pay $9,576.97. On October 22, 1996, I granted a Motion to Compel and a Motion to Preclude by Cavalier. The order precluded Sevco from submitting any documents to the extent that initial disclosures were not provided by November 15, 1996. No disclosures were provided by that date. Cavalier supported its Motion for Summary Judgment and/or Sanctions with an affidavit and exhibits demonstrating that Sevco owes Cavalier $9,576.97

Taking into account the merits of the case and the earlier order precluding contrary evidence, Cavalier's Motion for Summary Judgment and/or Sanctions is hereby GRANTED. Summary judgment is granted in favor of Cavalier on the Sevco's claims of fraud, breach of contract, and interference with contract, and on Cavalier's counterclaim of breach of contract.

Dated: January _16_, 1997

                                              Chief Judge Sam C. Pointer, Jr.

Service List:
    Ottie Clay Akers
    Mr. Will Hill Tankersley, Jr.
    Mr. Gregory C. Cook